**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| JONI JENKINS, | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | CASE NO.: 7:23-CV-00106 (WLS-TQL) |
| v. | : | |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Before the Court is Defendant's Consent Motion for Entry of Judgment under Sentence Four of 42 U.S.C. 405(g) with Reversal and Remand of the Cause to the Defendant (Doc. 16). Therein, pursuant to sentence four of 42 U.S.C. § 405(g), the Defendant requests that this Court to remand this case. (*Id.*) Defendant also notes that Plaintiff's Counsel consents to the instant Motion. (*Id.*)

Pursuant to sentence four of 42 U.S.C. § 405(g), this Court has the power to "enter, upon the pleadings and transcript of the record, a judgment affirming, modifying or reversing the decision of the Commissioner, with or without remanding the cause for a rehearing." *See Shalala v. Schaefer*, 509 U.S. 292, 296 n.1 (1993).

Upon consideration of the Motion (Doc. 16), and for good cause shown based on the grounds urged in support thereof, it is hereby **ORDERED AND ADJUDGED**, that Defendant's Consent Motion (Doc. 16) is **GRANTED**. Furthermore, it is **ORDERED** that the decision of the Commissioner is hereby **REVERSED** under sentence four of 42 U.S.C. § 405(g), and this case is hereby **REMANDED** to the Commissioner for an Administrative

1

Law Judge to: (1) obtain evidence from a vocational expert to clarify the effect of the assessed limitation on the claimant's occupational base in accordance with Social Security Ruling 00-4P, (2) offer the claimant the opportunity for hearing, (3) take any further action needed to complete the administrative record, and (4) issue a new decision. (Doc. 16).

The Clerk of the Court is hereby **DIRECTED** to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.


**SO ORDERED**, this 15th day of April 2024.


/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**