IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JONI JENKINS, | * |
| Plaintiff, | * |
| v. | Case No. 7:23-cv-106 (WLS-ALS) |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to the Order of this Court filed February 28, 2025, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $3,411.92.

This 28th day of February, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk